IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE THE COMPLAINT AND PETITION FOR BROWN WATER TOWING I, INC., AS OWNER AND BROWN WATER MARINE SERVICE, INC., AS BAREBOAT CHARTERERS, OF THE BROWN WATER V, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-115<br><br>Severed from<br><br>CIVIL ACTION NO. B-01-157<br><br>Consolidated With<br><br>CIVIL ACTION No. B-02-004<br><br>Admiralty |
| IN RE THE COMPLAINT AND PETITION OF AMERICAN COMMERCIAL LINES LLC, AS OWNER and AMERICAN\ COMMERCIAL BARGE LINES, LLC, AS CHARTERER, OF THE BARGES NM-315, VLB-9182, ACL-9933B, VLB-9173, IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | | |

### ECONOMIC DAMAGE CLAIMANTS' AMENDED NOTICE OF APPEAL

This Amended Notice of Appeal is provided on behalf of the following Economic Damage Claimants in the above-styled case, who comprise the majority of the claimants in severed Civil Action No. B-02-115:

202 Bayside Bar & Grill
A-1 Taxi & A-1 Limousine
Amberjack's Bar and Grill, Inc.
Charlie Armendariz
BK's Beach to Bay Enterprises, Inc., d/b/a BK's Carpet & Upholstery Cleaning
Rodolfo Barrera
Rick and Brenda Bays

339036

Bubba's Bayside Bar-B-Que Restaurant
Buena Suerte Sport Fishing Charters
Cactus Flower Interiors
Capt. Thomas Charter Fishing
Casa de Siesta Bed & Breakfast
Dolly Castillo
Coffey Construction
Rae Dejur
Designer's Discount Showroom
Edelstein's Better Furniture and Show Case
Fedigan Construction
Adrian Flandes
Furcron Realtors
Pedro Garcia, III
Ghilain, Inc.
Risa Ann Ghilain
Mark A. Guillot
Joe Gutierrez, III
Adam and Marcela Hancock
Island Market
Island Pharmacy
J.W. Properties, Inc.
J.W. Restaurants, Inc.
Jim Reynolds Hair Design
Jim's Pier, Inc.
Joseph's Restaurant
Kelly's Irish Pub
Kohnami Restaurant
La Jaiba Seafood Restaurant and Lounge
LaVina's Natural Nail Care
Michael and Judy Lemmons
Miramar Resort
Marina Village, Inc.
Massage & Healing Arts Center
Andrew L. Minkler
Padre Island Brewing Co., Inc.
Glen and Joyce Pfeil
Pro-Fit Gym
Property Management Co.
Richard Stockton Photography
Sangria Condominium, Inc.
Sea Ranch Enterprises, Inc.
South Padre Island Fishing Center Joint Venture

2

339036

SPI Management
SPI Security
SPI Texas Enforcement Group, Inc.
Lee Roy Summerlin
T-Brent
Ted's Restaurant, Inc.
Texas Beach House
The Coastal Current
The Town of South Padre Island
Uncle Buggies Beach Buggy Rentals
Gilbert Vela
Ybarra's Tire Busters

Notice is hereby given that the above-listed claimants desire to appeal to the United States Court of Appeals for the Fifth Circuit from the summary judgment granted against these claimants in the Order dated May 9, 2002 [Dkt. No. 176], which Order was rendered final by the Court's severance Order signed on May 29, 2002 and entered on May 30, 2002.

        Respectfully submitted,

        SLACK & DAVIS, L.L.P.
        8911 Capital of Texas Highway
        Building Two, Suite 2110
        Austin, Texas 78759
        (512) 795-8686 (Telephone)
        (512) 795-8787 (Telecopier)

By _____
        DOUG SIGEL
        State Bar No. 18347650
        Federal ID No. 11703
        by permission of the attorney in charge
        MICHAEL L. SLACK
        State Bar No. 18476800
        Federal ID No. 30906

        ATTORNEYS FOR ECONOMIC DAMAGE
        CLAIMANTS

339036

4

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Economic Damage Claimants' Amended Notice of Appeal was served on all counsel of record by regular mail on June 27, 2002.

_____
Doug Sigel
by permission of the attorney in charge
Michael L. Slack

339036