No. 02-41062
-----------------

In Re: In the Matter of the Complaint of BROWN WATER TOWING I INC,
As Owner and BROWN WATER MARINE SERVICE INC, As Bareboat Charters,
of the Brown Water V, Its Engines, Tackle, Etc.; AMERICAN
COMMERCIAL LINE LLC, As Owner and AMERICAN COMMERCIAL BARGE
LINES LLC, As Charterer, of the Barges NM-315, VLB-9182, ACL-9933B,
VLB-9173, for Exoneration from Limitation of Liability

United States District Court
Southern District of Texas
FILED

OCT 29 2002

Michael N. Milby
Clerk of Court

--------------------------

ROBERT A FANDRICH; VIRGINIA FANDRICH; JOHN MCCOY; MARY
MCCOY; MORA DIMAS; ET AL

　　　　Plaintiffs - Appellants

v.

BROWN WATER TOWING I INC

　　　　Defendant - Appellee

CAB-02-115

## ENTRY OF DISMISSAL

Pursuant to motion of appellants, Robert Fandrich, Virginia Fandrich, John McCoy, Mary McCoy, and Mora Dimas, the appeal for Robert Fandrich, Virginia Fandrich, John McCoy, Mary McCoy, and Mora Dimas is dismissed this 21st day of October, 2002, see FED. R. APP. P. 42(b).

　　　　　　　　　　　　　　CHARLES R. FULBRUGE III
　　　　　　　　　　　　　　Clerk of the United States Court
　　　　　　　　　　　　　　of Appeals for the Fifth Circuit

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Shari D. Stewman, Deputy Clerk

　　　　　　　　　　　　FOR THE COURT - BY DIRECTION

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit

By _____
　　　　　　　　Deputy    OCT 21 2002
New Orleans, Louisiana

DIS-4