# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
APR 0 8 2003
CHARLES R. FULBRUGE III
CLERK

No. 02-41062
Summary Calendar

D.C. Docket No. B-02-CV-115

In Re: In the Matter of the Complaint of BROWN WATER TOWING I INC, As Owner and BROWN WATER MARINE SERVICE INC, As Bareboat Charters, of the Brown Water V, Its Engines, Tackle, Etc.; AMERICAN COMMERCIAL LINE LLC, As Owner and AMERICAN COMMERCIAL BARGE LINES LLC, As Charterer, of the Barges NM-315, VLB-9182, ACL-9933B, VLB-9173, for Exoneration from Limitation of Liability

United States District Court
Southern District of Texas
FILED
MAY 0 2 2003
Michael N. Milby
Clerk of Court

---

ROBERT A FANDRICH; ET AL

    Plaintiffs

202 BAYSIDE BAR & GRILL; A-1 TAXI; A-1 LIMOUSINE; AMBERJACK'S BAR & GRILL INC; CHARLIE ARMENDARIZ; ET AL

    Plaintiffs - Appellants

v.

BROWN WATER TOWING I INC

    Defendant - Appellee

Appeals from the United States District Court for the
Southern District of Texas, Brownsville.

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: APR 3 0 2003

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   APR 3 0 2003